**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED
2018 OCT 26  P 1:08
US DISTRICT COURT
HFORD CT

UNITED STATES OF AMERICA                              3:18mj _1679_ (RAR)

      v.

FNU LNU, also known as "Hailee R. DeSouza"          October 26, 2018

<u>GOVERNMENT'S MOTION FOR PRETRIAL DETENTION</u>

     Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.    <u>Eligibility of Case</u>

     This case is eligible for pretrial detention because it involves:

_____ a crime of violence as defined in Title 18, United States Code, Section 3156;

_____ an offense for which the maximum sentence is life imprisonment or death;

_____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

_____ any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

__X__ a serious risk that the defendant will flee; and/or

   X     a serious risk that the defendant will obstruct or attempt to obstruct justice, or

threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a

prospective witness or juror.

II.    Reason for Detention

       The court should detain defendant because there are no conditions of release which will

reasonably assure:

    X    the defendant's appearance as required; and/or

  X    the safety of any other person and the community.

IV.    Time for Detention Hearing

       The Government requests that the court conduct the detention hearing after a continuance

of three days.

                         Respectfully submitted,

                         JOHN H. DURHAM
                         UNITED STATES ATTORNEY

                           /s/

                         SARAH P. KARWAN
                         ASSISTANT UNITED STATES ATTORNEY
                         Federal Bar No. ct22911
                         157 Church Street
                         New Haven, Connecticut 06510
                         (203) 821-3700

## **CERTIFICATION**

This is to certify that a copy of the within and forgoing "Government's Motion for Pretrial Detention" was hand delivered to counsel for FNU LNU this 26th day of October.

<br>

_____/s/_____

SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
